IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLES EDWARD DEMING, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:12-CV-86 (WLS) |
| FREDS STORES OF TENNESSEE, INC., and BUFFALO ROCK CO., | : |
| Defendants. | : |

**ORDER**

At the pretrial conference held on May 15, 2014, the Parties asserted that they are willing to engage in mediation with United States Magistrate Judge Thomas Q. Langstaff. The Court finds that there is a substantial likelihood that the Parties will benefit from mediation. Accordingly, the Parties are **ORDERED** to schedule a mediation session with Judge Langstaff. If possible the mediation should take place prior to the week of June 9, 2014 so that the case may proceed to trial if not resolved. The Parties are instructed to mediate in good faith and promptly communicate the results of the mediation to the Court.

**SO ORDERED**, this  16th  day of May 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**